| | |
|---|---|
| 1 | James H. Randall (4724)<br>HUTCHISON & STEFFEN, LLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel:  (702) 385-2500<br>Fax:  (702) 385-2086<br>jrandall@hutchlegal.com |

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE HAWKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RED CROSS, a foreign non-profit entity; AMERICAN RED CROSS BLOOD SERVICES, a Nevada non-profit entity, DOE CORPORATIONS 1-40, inclusive; and ROE INDIVIDUALS 1-40, inclusive, including but not limited to TOR PHLEBOTOMISTS 1-10,<br><br>Defendants. | CASE NO.:   2:21-cv-00069-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the above-entitled action be dismissed with prejudice.

| | |
|---|---|
| Dated: *April 28, 2021* | Dated: *April 27, 2021* |
| HUTCHISON & STEFFEN, LLC | LAW OFFICE OF GARY D. THOMPSON |
| */s/ Shelby A. Dahl*<br>_____<br>James H. Randall<br>Shelby A. Dahl<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada  89145<br><br>*Attorney for Defendants* | */s/ Gary D. Thompson, Esq.*<br>_____<br>Gary D. Thompson, Esq.<br>203 S. Water Street, Suite 312<br>Henderson, NV 89015<br><br>*Attorney for Plaintiff* |

Dated: *April 27, 2021*

MADDOX ISAACSON CISNEROS LLP

*/s/ Norberto J. Cisneros, Esq.*
_____
Troy L. Isaacson, Esq.
Norberto J. Cisneros, Esq.
Barbara M. McDonald, Esq.
11920 Southern Highlands Pkwy., Suite 100
Las Vegas, NV 89141
*Attorney for Plaintiff*

## **ORDER**

**IT IS ORDERED** that the above-entitled action, MELANIE HAWKINS v. AMERICAN RED CROSS; AMERICAN RED CROSS BLOOD SERVICES, (CASE #2:21-cv-00069-APG-NJK) be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 29, 2021.

Submitted By:

HUTCHISON & STEFFEN, LLC

*/s/ Shelby A. Dahl*
_____
James H. Randall
Shelby A. Dahl
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
*Attorney for Defendants*